UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kyle T., | File No. 25-cv-2048 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Frank Bisignano, *Commissioner of Social Security*, | |
| Defendant. | |

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on January 22, 2026. ECF No. 14. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 14] is **ACCEPTED**;

2. Plaintiff's Request for Relief [ECF No. 9] is **DENIED**;

3. Defendant's Request for Relief [ECF No. 11] is **GRANTED**; and

4. The action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 6, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court